265 So.2d 202

**In re Donald BUCKELEW**

v.

**STATE.**

**Ex parte Donald L. Buckelew.**

**8 Div. 501.**

Supreme Court of Alabama.

July 20, 1972.

Robert C. Barnett, Barnett, Tingle & Noble, Birmingham, for petitioner.

No brief from the State.

MERRILL, Justice.

Petition of Donald L. Buckelew for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Buckelew v. State, 48 Ala.App. ——, 265 So.2d 195.

Writ denied.

HEFLIN, C. J., and COLEMAN, HARWOOD and MADDOX, JJ., concur.